UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS

VERSUS

SAM'S CLUB STORES, ET AL.

CIVIL ACTION

17-200-SDD-EWD

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated June 2, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this matter is DISMISSED WITH PREJUDICE for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

Baton Rouge, Louisiana the 25 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 29.
[3] Rec. Doc. 33.